162 So. 317

**John B. SAWYER et al. v. STATE.**

**I Div. 876.**

Supreme Court of Alabama.

June 20, 1935.

J. D. Ratcliffe, of Monroeville, for the motion.

A. A. Carmichael, Atty. Gen., opposed.

BOULDIN, Justice.

Petition of John B. Sawyer and J. W. (alias Pete) Lynum for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Sawyer et al. v. State, 162 So. 317.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

162 So. 404

**CHEATWOOD v. STATE.**

**6 Div. 798.**

Supreme Court of Alabama.

June 20, 1935.

P. A. Nash, of Oneonta, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

The finding by the Court of Appeals that the evidence shows only one continuous

transaction is a finding of fact not reviewable on certiorari. Postal Telegraph-Cable Co. v. Minderhout, 195 Ala. 420, 71 So. 91.

The writ of certiorari is therefore denied.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and FOSTER, JJ., concur.